UNITED STATES OF AMERICA

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELFON OILS (U.K.) LTD., | |
| Plaintiff(s), | Case No. C05-841P |
| v. | |
| AUTO PRO COLLISION CENTER INC., et al., | MINUTE ORDER |
| Defendant(s). | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

At the request of counsel, an extension of time to file the joint status report is granted. The report will be due on **September 8, 2005.** All other FRCP 26-related dates are adjusted accordingly. Failure to adhere to these deadlines may result in sanctions, up to and including dismissal of this action.

Filed this 1st day of August, 2005.

BRUCE RIFKIN, Clerk

By    /s Mary Duett
Deputy Clerk